IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| DARRYL VENNARD and SUSAN HERRIN VENNARD, | ) | So Ordered. |
| Plaintiffs, | ) | |
| vs. | ) | No. 4:14-CV-1415-RWS 12/29/15 |
| NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, and UNION PACIFIC RALIROAD COMPANY, | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**ACKNOWLEDGEMENT OF RECEIPT OF SETTLEMENT PROCEEDS AND STIPULATION FOR DISMISSAL**

COME NOW plaintiffs Darryl Vennard and Susan Herrin Vennard as the Parents of Cameron Vennard, deceased, and Darryl Vennard and Susan Herrin Vennard Individually, by and through their undersigned counsel, and, in accordance with this Court's Order of December 17, 2015, hereby ACKNOWLEDGE RECIEPT OF THE SETTLEMENT PROCEEDS.

Accordingly, in accordance with Rule 41(a), Plaintiffs and Defendants stipulate that this matter may be dismissed with prejudice.

Respectfully submitted,

GRAY, RITTER & GRAHAM, P.C.

By: /s/ Patrick J. Hagerty

Patrick J. Hagerty #32991
*phagerty@grgpc.com*
701 Market Street, Suite 800
St. Louis, Missouri 63101
314 241-5620 Office

and

FAERBER & ANDERSON, P.C.

By: /s/ Fritz G. Faerber
Fritz G. Faerber #0766003
*fritz@faerberanderson.com*
Christine E. Anderson #52472
*chris@faerberanderson.com*
2010 South 8th Street
St. Louis, Missouri 63104
314 772-0010 Office

*ATTORNEYS FOR PLAINTIFFS*

NATIONAL RAILROAD PASSENGER
CORPORATION and UNION PACIFIC
RAILROAD COMPANY

By: /s/ Mark R. Kurz
Mark R. Kurz #43962
*mkurz@boylebrasher.com*
BOYLE BRASHER LLC
5000 West Main Street
P.O. Box 233560
Belleville, IL 62223-0560
(618) 277-9000; Fax (618) 277-4594

*ATTORNEYS FOR DEFENDANT*